# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No.   10-03104-01-CR-S-RED |
| | ) | |
| Plaintiff, | ) | **18 U.S.C. § 287** |
| | ) | (False Claim Against the United States) |
| v. | ) | NMT 5 Years Imprisonment |
| | ) | NMT $250,000 Fine |
| **JEREMY MICHAEL WHITCHER**, | | NMT 3 Years Supervised Release |
| a/k/a Jeremy M. Witcher | ) | Class D Felony |
| [DOB: 09-23-1981], | ) | |
| | ) | $100 Mandatory Special Assessement |
| Defendant. | ) | |

## I N F O R M A T I O N

**THE UNITED STATES ATTORNEY CHARGES THAT**:

On or about the 12th day of February, 2008, in Greene County, in the Western District of Missouri, **JEREMY MICHAEL WHITCHER**, Defendant, a resident of Springfield, Missouri, made and presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of eight thousand one hundred fifty-six dollars ($8,156.00), which he then and there knew to be false, fictitious, and fraudulent.  Defendant made the claim by preparing and causing to be prepared, a U.S. Individual Income Tax Return, Form 1040, which was presented to the United States Treasury Department, through the Internal Revenue Service; in violation of Title 18, United States Code, Section 287.

BETH PHILLIPS
United States Attorney

By:   */s/ Steven M. Mohlhenrich*

STEVEN M. MOHLHENRICH
Assistant United States Attorney